# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
oOo

**FILED**
APR 19 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA
v.
TONY NHIACHONG KHANG, DOB      1984
and EMILY YANG, DOB      81

Approved AUSA MRJ 4/19/2013

**CRIMINAL COMPLAINT**

CASE NO. 2:13-MJ-0130 CKD

I, JEANNEMARIE MARTIN, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about each date set forth in the affidavit, in the Eastern District of California, defendant (as indicated), (Offense Statutory Language)

```
Counts 1-8, Khang did commit bank fraud and aid and
abet such in violation of  18 USC 1344(2);
Counts 9-10, Khang and Yang did commit bank fraud and
aid and abet such in violation of  18 USC 1344(2);
Count 11, Khang did commit aggravated i.d. theft and aid and
abet such in violation of  18 USC 1028A(a)(1);
Count 12, 13, Khang and Yang did unlawfully possess stolen
US Mail and aid and abet such in violation of  18 USC 1708;
Count 14, Khang did possess 5 or more i.d. documents of another and
aided and abetted such in violation of  18 USC 1028(a)(3);
Count 15, Yang did possess 5 or more i.d. documents of another
and aided and abetted such in violation of  18 USC 1028(a)(3);
Count 16, Khang did possess 15 or more access device for fraud
and aided and abetted such in violation of  18 USC 1029(a)(3);
Count 17, Khang did possess stolen postal keys and aided and abetted
such in violation of  18 USC 1704; and
Count 18, Khang, a felon, did unlawfully possess ammunition in
violation of  18 USC 922(g)(1)
```

all in violation of Title 18, United States Code, Sections 1704, 1708, and 1029(a)(3) 1344(2), 1028A, AND 922(g)(1). I further state that I am a Postal Inspector with the US Postal Inspection Service in and for the Eastern District of California and that this complaint is based on the following facts:

- see attached Affidavit, fully incorporated herein

x  Continued on the attached sheet and made a part hereof.

_____
(signature of complainant) JEANNEMARIE MARTIN
POSTAL INSPECTOR, USPIS

Sworn to before me, and subscribed in my presence at    Sacramento, California

_____
(authorizing/issuing judicial official's signature)

C.K. DELANEY, US MAGISTRATE

4/19/2013

(print authorizing/issuing judicial official's name and title)          (date)

AFFIDAVIT

I, Jeanne-Marie Martin, being duly sworn, depose and state as follows.

1. I am a Postal Inspector and have been so employed since February 2006. Currently, I am assigned to the San Francisco Division of the United States Postal Inspection Service (USPIS), and I work out of the Sacramento office. During my tenure I have completed training at the United States Postal Inspection Service Academy in Potomac, MD.

2. As a part of my official duties, it is my responsibility to investigate violations of federal and state law, including robbery and burglary of postal facilities, destruction of government property, theft of U.S. Mail, possession of stolen U.S. Mail, mail and bank fraud, credit card fraud, identity theft and/or counterfeit personal checks and identifications.

3. As an Inspector with the USPIS, I have participated in numerous criminal investigations relating to theft of U.S. Mail, counterfeit personal and corporate checks, possession of stolen U.S. Mail, credit application fraud, bank fraud, theft of U.S. Postal keys, identity theft and counterfeit identifications.

4. The statements in this affidavit are based (a) on my personal knowledge, (b) on my participation in this investigation, (c) on my training and experience and on the training and experience of other law enforcement personnel with whom I have discussed this case, (d) on information gained from other law enforcement personnel, state and federal reports, and data bases, and (e) on statements of witnesses, victims, and postal personnel.

5. Because this affidavit is submitted for the limited purpose of securing a complaint and arrest warrants, I have set forth only facts necessary to establish probable cause that Tony Nhiachong Khang, DOB    1984, and Emily Yang, dob    81, committed, and aided and abetted each other and others unknown and known to the United States, numerous violations of criminal law, including the following:

> Counts 1-8, Khang committed bank fraud and aided and
> abetted such in violation of 18 USC 1344(2);
> Counts 9-10, Khang and Yang committed bank fraud and
> aided and abetted such in violation of 18 USC 1344(2);
> Count 11, Khang committed aggravated i.d. theft and aided and
> abetted such in violation of 18 USC 1028A(a)(1);
> Count 12-13, Khang and Yang unlawfully possessed stolen
> US Mail and aided and abetted such in violation of 18 USC 1708;
> Count 14, Khang possessed 5 or more i.d. documents of another and
> aided and abetted such in violation of 18 USC 1028(a)(3);
> Count 15, Yang possessed 5 or more i.d. documents of another
> and aided and abetted such in violation of 18 USC 1028(a)(3);
> Count 16, Khang possessed 15 or more access devices for fraud
> and aided and abetted such in violation of 18 USC 1029(a)(3);
> Count 17, Khang possessed stolen postal keys and aided and abetted
> such in violation of 18 USC 1704; and
> Count 18, Khang, a felon, unlawfully possessed ammunition in
> violation of 18 USC 922(g)(1)

6.      From about 1/1/2013 through 4/18/2013, US Mail was stolen from receptacles in Elk Grove and neighborhoods of Sacramento, including the Pocket area. Some items contained in the stolen mail (checks and access devices) were later negotiated. Law enforcement later determined that Khang, working with Yang and others, possessed and negotiated checks stolen from the mail and unlawfully used access devices. Specifically, Khang, working with others, devised a material scheme to defraud, and to obtain money and property by means of materially false and fraudulent pretenses and representations from federally insured financial institutions, in violation of 18 USC 1344(2). The purpose of the scheme to defraud was (a) to manufacture, alter, and or forge checks drawn on the accounts of mail theft victims, (b) to access bank and credit card accounts of mail theft victims, (c) to steal the identities of mail theft victims and pose as said victims to negotiate checks and use access devices, and (d) to use the unauthorized and or stolen checks and access devices via the respective account numbers to obtain cash and or goods at the expense of federally insured financial institutions. Khang conducted, and aided and abetted, the following fraudulent transactions.

| Count | Date | Financial Institution | Victim | Amount |
| --- | --- | --- | --- | --- |
| 1 | 2/08/13 | Chase Bank | Ronald O. check #2159 accessing checking account ending 5066 | $854.01 |
| 2 | 2/08/13 | Chase Bank | Ronald O. check #2160 accessing checking account ending 5066 | $147.22 |
| 3 | 4/09/13 | Bank of America | Joshua N. debit credit card ending 0533 accessing checking account ending 2038 | $800.00 |
| 4 | 4/10/13 | Bank of America | Joshua N. debit credit card ending 0533 accessing savings account ending 8369 | $1,540.00 |
| 5 | 4/10/13 | Bank of America | Joshua N. debit credit card ending 0533 accessing checking account ending 2038 | $800.00 |
| 6 | 4/10/13 | Bank of America | Joshua N. debit credit card ending 0533 accessing checking account ending 2038 | $377.96 |
| 7 | 4/10/13 | Bank of America | Joshua N. debit credit card ending 0533 accessing checking account ending 2038 | $2.00 |
| 8 | 4/10/13 | Bank of America | Joshua N. debit credit card ending 0533 accessing checking account ending 2038 | $100.00 |

Khang and Yang conducted, and aided and abetted, the following additional transactions.

| Count | Date | Financial Institution | Victim | Amount |
| --- | --- | --- | --- | --- |
| 9 | 03/30/13 | Operating Engineers Federal Credit Union | David W. check #1025 accessing checking account ending 9024 | $223.21 |
| 10 | 03/31/13 | Operating Engineers Federal Credit Union | David W. check #1001 accessing checking account ending 9024 | $357.35 |

Law enforcement obtained high quality surveillance images depicting Khang on 4/9/13 and 4/10/13 using a debit credit card (ending 0533 accessing checking savings accounts at Bank of America) in the name of Joshua N. and while posing as Joshua N. Khang is depicted making, and attempt to make, as indicated, the withdrawals of $800 at Bank of America ATM, $800 at Bank of America ATM, $377.96 at Walmart, $2 at Wells Fargo Bank ATM, $100 at Wells Fargo Bank ATM, and the transfer of $1,540 at Bank of America ATM. At all times relevant to this complaint, I am aware that the deposits of the Chase Bank, Bank of America, and Operating Engineers Federal Credit Union were federally insured.

7.     Count 11. In at least 2 surveillance images (including Counts 3 and 5), Khang is depicted holding the access device (item of stolen US Mail) and PIN notification (item of stolen US Mail) while Khang is posing as victim Joshua N and conducting fraudulent transactions at an ATM. In committing the fraudulent transactions, Khang knowingly possessed and used, without lawful authority, a means of identification of victim Joshua N., that is, his true name, his Bank of America debit credit account number (ending 0533), his PIN, his savings account number ending 8369, and his checking account number ending 2038, during and in relation to a felony violation of Federal law pursuant to Chapter 63 of Title 18, United States Code, to wit, bank fraud and attempted bank fraud in violation of 18 U.S.C. § 1344(2), as alleged in Count 3 and 5, incorporated herein by reference, all in violation of Title 18, United States Code, Section 1028A(a)(1).

8.     On 4/18/13, a federal search warrant was executed at Khang's residence. From Khang's bedroom, law enforcement recovered the PIN notification used in conjunction with the access device assigned to Joshua N. and at least one other item of stolen US Mail addressed to victim Joshua N. Law enforcement also recovered during the 4/18/13 search stolen US Mail of victim David W, including a blank book of checks (mailed with check 1001 and 1025, indicated above). There were additional David W checks that were altered, and or partially filled out and carbon copies of checks that Khang and Yang fraudulently negotiated or attempted to negotiate, specifically including check #1001 for $357.35. Khang possessed checks soaking in bottles of acetone, including those from victims Martha F, Jeannie L and Kimberly S. Khang and his associates possessed over 100 items of stolen U.S. Mail of over 50 different victims.

9.     On 4/18/13, Khang provided a voluntary, post Miranda advisement and waiver, interview. Khang confessed that he negotiated on 2/08/13 check #2159 for $854.01 and check #2160 for $147.22, each accessing the federally insured Chase Bank checking account ending 5066 assigned to victim Ronald O. During the interview, Khang further confessed to posing as victim Joshua N and conducting all of the above referenced fraudulent transactions using the access device and PIN assigned to Joshua N. Khang initialed copies of the surveillance images depicting him as he posed as victim Joshua N to access the federally insured deposits of Bank of America.

10.    On 4/18/13, a federal search warrant was also executed at Yang's residence. From Yang's bedroom, law enforcement recovered multiple items of stolen US Mail. On 4/18/13, Yang provided a voluntary, post Miranda advisement and waiver, interview. Yang confessed that she negotiated on 3/30/13 check #1025 for $223.21 and on 3/31/13 check #1001 for $357.35, each accessing the federally insured credit union checking account ending 9024 assigned to victim David W. During the interview, Yang initialed copies of both checks that she negotiated to access the federally insured deposits of the credit union. Yang confessed that she received the stolen checks from Khang and his associate.

11.    As described below, Khang and Yang possessed, and aided and abetted such, financial instruments and other items, which had been stolen, taken, and abstracted from an authorized U.S. Mail receptacle, knowing the same to have been stolen, taken and abstracted:

| COUNT | DATE | DESCRIPTION OF STOLEN U.S. MAIL |
|---|---|---|
| 12 | 4/9/13 | U.S. Mail in the name of victim Joshua N., including his debit credit card ending 0533 and PIN notification |
| 13 | 4/18/13 | U.S. Mail in the name of victims Alison B., Robert R., Kimberlee M., Alex H., Wei L., Cheri S., Chelsea B., Eric K., Gerald P., Shawn M. |

12.     Count 14. On 4/18/13, during the federal search warrant executed at Khang's residence, from Khang's bedroom, law enforcement recovered many means of identification assigned to other individuals, which i.d.s had been issued for use in, and or mailed in, and affecting interstate commerce, including victim David M.'s passport ending in 3141, victim Lisa C.'s social security card ending 8218, victim Maria G.'s social security card ending in 4417, Nai S.'s social security card ending in 6647, Alison B.'s Ca DL ending 0236, Robert R.'s CA DL ending 9238, and Nai S.'s Ca DL ending 1862. Khang possessed each of the above referenced identifications without lawful authority, and each was a means of identification assigned to another individual which Khang possessed with the intent to commit violations of federal law, including as part of his scheme to defraud federally insured financial institutions (which unlawful activity constitutes bank fraud and attempted bank fraud in violation of 18 U.S.C. § 1344(2)).

13.     Count 15. On 4/18/13, during the federal search warrant executed at Yang's residence, from a room used by Yang, law enforcement recovered many means of identification assigned to other individuals, which i.d.s had been issued for use in, and or mailed in, and affecting interstate commerce, including the following of victims Valeria Z, Permanent Resident Card, ending 0074; Atlas O. Social Security Card, ending 0805; Myami D, Social Security Card, ending 9465; Sean C, Social Security Card, ending 5132; Melissa B, Marriage License, ending 3242. Yang possessed each of the above referenced identifications without lawful authority, and each was a means of identification assigned to another individual which Yang possessed with the intent to commit violations of federal law, including as part of her scheme to defraud federally insured financial institutions (which unlawful activity constitutes bank fraud and attempted bank fraud in violation of 18 U.S.C. § 1344(2)).

14.     Count 16. On 4/18/13, during the federal search warrant executed at Khang's residence, from Khang's bedroom, law enforcement recovered 15 or more access devices, which items Khang possessed with intent to defraud. Based on Khang's scheme, evidence that Khang is depicted using at least one access device in his scheme to defraud, based on my training and experience, and based on common sense, Khang possessed, intended to use, and or used in and affecting interstate commerce the devices he possessed, including those assigned to the following victims: ELENA B., Wells Fargo Bank, ending in 2349; SHIBU S., Bank Of America, ending in 5611; SUKHWINDER K., Bank Of America, ending in 5796; DAVID W., OEFCU, ending in 9024; VICTOR A., Wells Fargo Bank, ending in 1276; ANGELINA Y., Wells Fargo Bank, ending in 4458; XUELAN F., Bank Of America, ending in 1369; LEILANI V., Tri Counties Bank, ending in 0351; MARISSA B.,Tri Counties Bank, ending in 5045; NEAL J., Wells Fargo Bank, ending in 4494; GEORGE K.,Bank Of America, ending in 5391; CEPS DOWNTOWN, Union Bank, ending in 3402; TIMIOS INC., Chase Bank, ending in 3075; FLORIDA E., Wells Fargo Bank, ending in 5846; VOLCANO, Chase Bank, ending in 0353; MAKSIM B., Wells Fargo Bank, ending in 7703; STEVEN J, Bank Of The West, ending in 1004.

15.     Count 17. On 4/18/13, during the federal search warrant executed at Khang's residence, from Khang's bedroom, law enforcement recovered Khang's stolen U.S. Postal Service Parcel Locker key in violation of 18 USC 1704. Khang confessed that he and his associates possessed the key.

16.     Count 18. On 4/18/13, during the federal search warrant executed at Khang's residence, from Khang's bedroom, law enforcement recovered Khang's .45 ammunition. Specifically, Khang possessed 42 rounds of ammunition, including 12 rounds of RP .45 auto, 6 rounds of Winchester .45 auto, 4 rounds of CCI .45 auto, and 4 rounds of Speer .45 auto ammunition, some of which were manufactured, transported, and or shipped in interstate and for commerce. Khang suffered at least one prior felony conviction, including in about 2009 for vehicle theft (VC 10851(A)). As a felon, Khang is a person prohibited from possessing ammunition under 18 USC 922(g)(1). On 4/18/13, during Khang's voluntary, post Miranda advisement and waiver, interview he confessed that he knowingly possessed the .45 ammunition and that he knew he should not possess such ammo.

17. For the reasons set forth herein, there is probable cause to believe that Khang and Yang, as indicated, committed the following offenses.

> Counts 1-8, Khang committed bank fraud and aided and abetted such in violation of 18 USC 1344(2);
> Counts 9-10, Khang and Yang committed bank fraud and aided and abetted such in violation of 18 USC 1344(2);
> Count 11, Khang committed aggravated i.d. theft and aided and abetted such in violation of 18 USC 1028A(a)(1);
> Count 12-13, Khang and Yang unlawfully possessed stolen US Mail and aided and abetted such in violation of 18 USC 1708;
> Count 14, Khang possessed 5 or more i.d. documents of another and aided and abetted such in violation of 18 USC 1028(a)(3);
> Count 15, Yang possessed 5 or more i.d. documents of another and aided and abetted such in violation of 18 USC 1028(a)(3);
> Count 16, Khang possessed 15 or more access device for fraud and aided and abetted such in violation of 18 USC 1029(a)(3);
> Count 17, Khang possessed stolen postal keys and aided and abetted such in violation of 18 USC 1704; and
> Count 18, Khang, a felon, unlawfully possessed ammunition in violation of 18 USC 922(g)(1)

Accordingly, your affiant respectfully requests that the attached complaint and arrest warrant be issued.

_____
JEANNE-MARIE MARTIN
Inspector, US Postal Inspection Service

Sworn and subscribed before me
this _____ day of April 2013
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Approved
_____
Michelle Rodriguez, AUSA
4/19/2013