**FILED**

UNITED STATES DISTRICT COURT

SEP 1 1 2013

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:13-cr-00163-KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| EMILY YANG, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Emily Yang</u>; Case <u>2:13-cr-00163-KJM</u> from custody for the following reasons:

    \_\_  Release on Personal Recognizance

    \_\_  Bail Posted in the Sum of _____

    \_\_  Unsecured Appearance Bond in the amount of $

    \_\_  Appearance Bond with 10% Deposit

    \_\_  Appearance Bond secured by Real Property

    \_\_  Corporate Surety Bail Bond

    _X_  (Other) <u>Time Served.</u>

Issued at <u>Sacramento, CA</u> on   9/11/13   at  11:07 a.m.

By _____
Kimberly J. Mueller
United States District Judge