FILED
SEP 23 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMILY YANG,<br><br>Defendant. | No. 2:13-cr-00163-KJM-3<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release EMILY YANG; Case No. 2:13-cr-00163-KJM-3, from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

__X__ (Other): Released on previously imposed conditions of supervision; if the defendant is not directly transferred into state custody, she is ordered to report to her probation officer within 72 hours of her release.

Issued at Sacramento, California on 9/23/15, at 9:43 a.m.

_____
Kimberly J. Mueller
United States District Judge